B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Northern District Of Illinois

In re Deborah Shemirani, Case No. 15-32190

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/18/2019 (date).

Name of Alleged Transferor
Specialized Loan Servicing LLC

Name of Transferee
U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

Address of Alleged Transferor:
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Address of Transferee:
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**